Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

ENTERTAINMENT BY J&J, INC           )
                                    )
         Plaintiff,       vs.       )   Case No.: 2:99-CV-09266-RMT-RZ
                                    )
JOSEPHINE SANCHEZ,  et al,          )        RENEWAL OF JUDGMENT
                                    )           BY CLERK
         Defendant,                 )
_____)

 Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through  §683.320, and for good cause appearing therefore,

   Judgment in favor of Plaintiff, Entertainment by J&J, Inc, and against Defendant, Josephine Sanchez, individually and dba Burrito Inn aka Burrito Inn 2, entered on June 2, 2010, be and the same is hereby renewed in the amounts as set forth below:

   Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 8,500.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | **8,500.00** |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | $ | **8,500.00** |
| f. | Interest after judgment(.36%) | $ | 306.17 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **8,806.17** |

Dated: June 3, 2020            CLERK, by  *Sharon HallBron*
                                  Deputy
                                   Kiry A. Gray,
                                   Clerk of U.S. District Court

Renewal of Judgment